IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>Plaintiff,<br><br>v.<br><br>VONAGE HOLDINGS CORP., VONAGE AMERICA INC., and VONAGE MARKETING LLC,<br><br>Defendants. | C.A. No. 14-002-GMS |

**STIPULATION AND [PROPOSED] ORDER
OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), AIP Acquisition, LLC ("Plaintiff") and Defendants Vonage Holdings Corp., Vonage America Inc., and Vonage Marketing LLC ("Defendants") jointly stipulate and agree that all claims asserted by Plaintiff against Defendants in this case shall be dismissed with prejudice. Each party is to bear its own costs and attorney fees.

BAYARD, P.A.                                               MORRIS, NICHOLS, ARSHT, & TUNNELL LLP

*/s/ Sara E. Bussiere*                                     */s/ Thomas C. Grimm*
Richard D. Kirk (#0922)                                    Thomas C. Grimm (#1098)
Stephen B. Brauerman (#4952)                               Jeremy A. Tigan (#5239)
Sara E. Bussiere (#5725)                                   1201 N. Market Street
600 N. King Street, Suite 400                              P.O. Box 1347
Wilmington, DE 19801                                       Wilmington, DE 19899-1347
(302) 655-5000                                             (302) 658-9200
rkirk@bayardlaw.com                                        tgrimm@mnat.com
sbrauerman@bayardlaw.com                                   jtigan@mnat.com
sbussiere@bayardlaw.com

                                                           *Attorneys for Defendants*
*Attorneys for Plaintiff*                                  *Vonage Holdings Corp., Vonage America Inc.,*
*AIP Acquisition LLC*                                      *and Vonage Marketing LLC*

Dated: February 20, 2018

IT IS SO ORDERED this 22nd day of _____Feb_____, 2018.

_____
United States District Judge